PROSKAUER ROSE LLP
Daniel R. Halem (DH-3035)
Avitai Gold (AG-5926)
1585 Broadway
New York, New York 10036
(212) 969-3043
Attorneys for Defendants Citigroup
Global Markets, Citigroup Corp.,
Tina Alves, and Lisa Harris

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :   ECF CASE
CHRISTINE DORIO,                          :
                                          :
                          Plaintiff,      :   Civ. No. 05-Civ-5876 (CLB)
                                          :
                                          :   **& ORDER**
            v.                            :
                                          :   STIPULATION OF DISMISSAL
CITIGROUP GLOBAL MARKETS,                 :
CITIGROUP CORP., TINA ALVES,              :
AND LISA HARRIS                           :
                          Defendants.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      WHEREAS, plaintiff Christine Dorio ("Dorio" or the "Plaintiff") commenced this action by summons and complaint dated February 7, 2005 against defendants Citicorp Leasing, Inc. (incorrectly sued as "Citigroup Global Markets" and "Citigroup Corp.") ("Citicorp"), Tina Alves ("Alves"), and Lisa Harris ("Harris") (collectively, the "Defendants") (the "Action"); and

      WHEREAS, the Plaintiff has agreed to dismiss the Action pursuant to an agreement to arbitrate the allegations at issue in the Action;

      NOW, THEREFORE, it is hereby stipulated by and between the undersigned counsel for the parties hereto, as follows:

      The Action is hereby dismissed without prejudice and without costs to the parties.

Dated: New York, New York
       August 4, 2005

WARREN S. GOODMAN, ESQ.

By: _____
Warren S. Goodman
138 Chatsworth Ave.
Larchmont, NY 10538
(914) 833-2930
Attorney for Plaintiff

PROSKAUER ROSE LLP

By: _____
Daniel R. Halem
1585 Broadway
New York, New York 10036
(212) 969-3000
Attorneys for Defendants

SO ORDERED: August 10, 2005

_____
The Honorable Charles L. Brieant, U.S.D.J.

2